UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Concepts NREC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Xuwen Qiu, TurboTides, Inc., and Hong Ying Zhang, <br><br> Defendants. | Case No. 5:20-cv-133-gwc-kjd |

**ORDER**
(Doc. 4)

Chief Judge Crawford held a status conference in this case on May 17, 2022, during which the Court set deadlines for the submission of briefs/affidavits on certain outstanding issues. This Order memorializes the filing dates and orders as follows:

1. The response of Qiu/Turbotides, Inc. to Concepts NREC's Supplemental Memorandum in Support of its Motion for Contempt and Sanctions Against Hefei Turbomachinery Company Ltd. And Xuwen Qiu (Doc. 145) was to be filed by May 31, 2022. The docket does not reflect that a response to the Supplemental Memorandum has been filed. Any response must be filed on or before June 24, 2022.

2. Hefei shall file its brief addressing the jurisdictional issue—whether Chinese law precludes or otherwise limits Hefei's ability to comply with Concepts NREC's discovery requests—by June 16, 2022. Concepts NREC shall file any response to Hefei's submission on or before July 1, 2022. Any response by Qiu/Turbotides, Inc. shall also be

filed by July 1, 2022.  Hefei shall also file any affidavit on the jurisdictional issue by July 1, 2022.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 15th day of June 2022.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge
