UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

CONCEPTS NREC, LLC,                    )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )        Case No. 5:20-cv-133
                                       )
XUWEN QIU and TURBOTIDES,              )
INC., and HONG YING ZHANG,             )
                                       )
Defendants.                            )

## SCHEDULING ORDER

The court orders that defendants' response to Plaintiff's Emergency Motion

Seeking a Prejudgment Writ of Attachment of Real Estate (Doc. 215) shall be filed

not later than September 5, 2023.  Plaintiff is allowed two days to file a reply.  The

parties agreed in open court and the court orders that no closing shall occur on the

subject real estate prior to September 11, 2023.

By the September 5 response date, the defendants shall also notify the court about

their position concerning the appointment of Magistrate Judge Doyle as settlement

judge.  In the event that the parties do not reach a settlement, the undersigned

anticipates that Judge Doyle will continue to serve as magistrate judge on this case

for discovery disputes and other pre-trial issues.

Dated:  August 28. 2023

Geoffrey Crawford, District Judge