UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| CONCEPTS NREC, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:20-cv-133 |
| XUWEN QIU and TRUBOTIDES, INC. and HONG YING ZHANG, | ) |
| Defendants. | ) |

## ORDER ON APPOINTMENT OF SETTLEMENT JUDGE

By order dated May 26, 2022, the court appointed Judge Doyle as settlement master for the purpose of overseeing the parties' efforts to schedule a mediation before retired Judge Margaret Hinkle. (Doc. 150). The court understands that efforts to set a date with Judge Hinkle have not progressed very far.

The court now appoints Judge Doyle as settlement judge for all purposes and respectfully requests that he schedule an initial settlement conference with the parties within thirty (30) days. The purpose of that conference will be to reach a common understanding about the timing of a full mediation session (with participation by Dr. Qiu and Ms. Zhang by video if desired) as well as Judge Doyle's authority to speak with counsel for each side as well as counsel for Hefei Taize Turbine Technology Co. on an ex parte basis concerning their clients' settlement positions.

Judge Doyle will continue to conduct pre-trial motion practice as previously described in the May 26, 2022 order.

Dated at Burlington, in the District of Vermont, this 12th day of September, 2023.

Geoffrey W. Crawford, Chief Judge
United States District Court