UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 JUN 14 PM 4: 03

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| CONCEPTS NREC, LLC, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 5:20-cv-133 |
| ) | |
| XUWEN QIU, TURBO TIDES, INC. and ) | |
| HONG YING ZHANG ) | |
| ) | |
| Defendants. ) | |

## ORDER ON JUDICIAL ASSIGNMENT

There may be some confusion about the issue of judicial assignment. I write to clarify matters.

This case remains assigned to me. U.S. Magistrate Judge Doyle has kindly agreed to accept two assignments: convening a settlement discussion and ruling on motions through the Report and Recommendation process. I suggested that both sides might consider consenting to the assignment of the entire case to him. In the absence of consent, the case will stay with me at least through the motion stage.

The difficulty lies in conducting a trial. A trial is not imminent. With settlement discussions on pause, a ruling on the pending summary judgment motion is the next step. Judge Doyle will take the first crack at the motion. If there are objections to his Report and Recommendation, I will hear those. There may be additional substantive motions. I will be available on Zoom for motion hearings.

If a trial becomes necessary (and there is no consent to Judge Doyle), I will try it myself if I am able to return to the courthouse in time. If not, I will transfer the case either to our nominee for district judge who is well along in the confirmation process or to a visiting judge.

Judge D'Agostino is one of several judges who have generously offered to assist with trials in the next 12 months. I will make the decision about the selection of a visiting judge later if it becomes necessary.

Dated at Burlington, in the District of Vermont, this 14th day of June, 2024.

Geoffrey W. Crawford, Chief Judge
United States District Court