UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| CONCEPTS NREC, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:20-cv-133 |
| XUWEN QIU, TURBOTIDES, INC., and HONG YING ZHANG, | ) |
| Defendants. | ) |

**REQUEST FOR STATEMENT FROM COUNSEL**

In reviewing defendant Qiu's motion concerning in-person testimony (Doc. 313), the court has considered conducting the portion of the trial at which he would testify in-person at the Haskell Free Library and Opera House in Derby Line, Vermont with the jury in attendance. Subject to obtaining board approval and selecting a date when the facility is not otherwise reserved, the library is open to the idea. Conducting the trial in this manner would not require Dr. Qiu to enter the United States, although he would have to travel to Quebec.

Although 28 U.S.C. § 126 lists a variety of locations within Vermont for federal district court proceedings, it does not prohibit proceedings elsewhere. The court would appreciate hearing from counsel about this potential compromise within 10 days.

Dated at Burlington, in the District of Vermont, this 28th day of January, 2026.

Geoffrey W. Crawford, Judge
United States District Court