U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 OCT 29 P 2:36

CLERK
BY UM
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| CONCEPTS NREC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:20-cv-133 |
| | ) | |
| XUWEN QIU, TURBOTIDES, INC., and HONG YING ZHANG, | ) | |
| | ) | |
| Defendants. | ) | |

VOIR DIRE SCRIPT

We will call up 21 potential jurors – three rows of 7.

**Introduction**

Good morning. We will be drawing 8 jurors this morning for a civil case concerning the development and sale of a computer program used in the design of equipment such as pumps, compressors, and jet engines. This type of equipment is generally known as turbomachinery. Designing this type of machinery requires very technical calculations about the flow of gas or liquid through the device. Both the plaintiff and the defendants are involved in the business of developing and selling computer programs that perform these types of calculations.

The plaintiff Concepts NREC is a Delaware limited liability corporation with its principal place of business located at 217 Billings Farm Road, White River Junction, VT. Concepts is represented by Vermont attorney Brad Fawley who

resides in the Brattleboro area. Mr. Fawley, would you please introduce yourself and the Concepts representatives Mr. Japikse and Mr. Leiser who are with you at counsel table?

Does anyone have any knowledge of Concepts, its representatives, or Mr. Fawley?

The individual defendants are Dr. Qiu and his wife Ms. Zhang. They reside in China. Dr. Qiu will testify in this case by video from China. Before moving to China in 2016, Dr. Qiu and Ms. Zhang lived in Hanover, N.H. Dr. Qiu was employed by Concepts as an engineer between 2001 and 2015. In January 2016, he returned to China where he continues to work in the area of turbomachinery software. Prior to returning to China, he and Ms. Zhang formed a New Hampshire corporation now known as TurboTides, Inc.

Dr. Qiu is represented by lawyers from the Dinse law office here in Burlington. Mr. Smith, would you please introduce yourself and the other lawyers who are here representing the defendants?

Does anyone have any knowledge of Dr. Qiu, Ms. Zhang, or TurboTides, Inc.

You will also hear testimony about a second company in which Dr. Qiu is involved. That company is a Chinese company called Hefei Taize Turbine Technology Co., Ltd. Hefei is the name of a Chinese city. We will call the company Hefei Taize. Does anyone have any knowledge of Hefei Taize?

**Questions concerning jurors' employment**

Does anyone, including a close friend or family member, work in the field of software design or sales?

Does anyone, including a close friend or family member, work in the design of turbomachinery such as jet engines, fan blades, compressors or pumps?

Before Dr. Qiu returned to China, he worked for Concepts for many years as an engineer. You will hear testimony that he and leadership at Concepts disagreed about the direction to take in developing software to support the design of turbomachinery.

Has anyone, including a close friend or family member, had a serious disagreement with their employer or someone else at work about the best way to carry out the employer's mission?

Would this experience make you more likely to favor the employer or the employee's side in a case involving such a dispute?

Concepts alleges that Dr. Qiu used experience and knowledge gained through his employment to start a competing business. Has anyone, including a close friend or family member, had any experience at work with a similar accusation? Alternatively, has anyone had any experience with an employee or co-worker whom you believe used information learned at work to start a competing business?

Has anyone, including a close friend or family member, had a negative experience at work that would cause them to favor either employees or management in this case?

One of the issues in this case concerns Concepts' claim that Dr. Qiu violated the terms of his employment agreement. Has anyone, including a close friend or family member, ever been accused of violating their employment agreement? Has anyone ever taken part in drafting or enforcing an employment agreement on behalf of an employer?

**Issues of potential bias**

Dr. Qiu is a citizen of China. He grew up there and came to the United States to earn his Ph.D. in Mechanical and Aerospace Engineering from Syracuse University. He worked for General Electric for a few years before joining Concepts. He has since returned to China to live and work.

Dr. Qiu will be testifying by video. This is a decision he made and the court has approved it. Would anyone credit his testimony by video any differently than live testimony from a person appearing in court?

Relations between the United States and China are not especially warm at the present time. China is often depicted as an economic rival of the United States, not always in favorable terms. Does anyone have an opinion about China or Chinese-U.S. relations that would color their views in this case which involves claims against two Chinese citizens?

Is there anyone who has a concern that he or she might favor one side or the other in a case of this nature?

**Experience with copyright and intellectual property**

One of the claims brought against the defendants by Concept is that they violated the company's copyrights in its suite of software products. A copyright is the protection a person receives through the law to protect their intellectual work such as a song, or book, or a computer program from copying.

Does anyone have any experience themselves with obtaining copyrights or violations of copyright? This experience could be as an author, an artist, a composer, or in some other area of endeavour involving original creation.

Has anyone, including a close friend or family member, ever been accused of a copyright violation?

**Catch-all**

Having heard a little about the nature of this dispute, is there anyone who has the feeling that some life experience they have had reduces the likelihood that they will hear this case in an entirely neutral fashion?

In other words, is there something that tells one of you, maybe this is a case that is too close to home for me? These feelings come up – there is nothing wrong about expressing them – and this is the only moment you and I will have to talk about them.

I will give each side an opportunity to follow up on these questions or to ask questions of their own.