U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 NOV 16 P 4:17

CLERK

BY DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| CONCEPTS NREC, LLC,<br><br>Plaintiff,<br><br>v.<br><br>XUWEN QIU, TURBO TIDES, INC. and HONG YING ZHANG,<br><br>Defendants. | ) | Case No. 5:20-cv-133 |

**SCHEDULING ORDER**

Following a video conference, the court orders as follows:

1. The parties' motions under F.R.Civ.P. 50 shall be filed not later than December 9, 2026, with a schedule for responses and replies to be set consistent with the parties' requests.
2. The court will set a half-day hearing in early January to allow both sides to introduce evidence and make arguments concerning Concept's claim for equitable relief. The court will hear argument on any remaining issues at that time including pre-judgment interest.
3. Prior to December 15, 2026, the parties will schedule a mediation session with Michael Marks in an effort to reach full or partial agreement on issues such as attorneys fees, the amount of any money judgment, and any remaining efforts to reach settlement.

Dated at Burlington, in the District of Vermont, this 16th day of November, 2026.

Geoffrey W. Crawford, Judge
United States District Court